[No. 21525-6-I.   Division One.   January 23, 1989.]

JOHN K. STIPEK, *Appellant,* v. S. ANTHONY LARSON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87-2-16211-7, James D. McCutcheon, Jr., J.,

entered December 1, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, J., and Carroll, J. Pro Tem.